IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE DERAILMENT CASES            Consolidated Case No. 4:03CV3195

4:02CV3068
7:02CV3131
4:02CV3200
4:02CV3332
4:02CV3334
4:02CV3335
4:02CV3336
4:02CV3337
4:02CV3338
4:02CV3339
4:02CV3340
4:02CV3341
4:02CV3342
4:02CV3343
4:02CV3344
4:02CV3043
4:02CV3050

### ORDER RE: DEFENDANT'S MOTION TO VACATE PROTECTIVE ORDER

THIS MATTER comes before the Court on Defendant Motion to Vacate Protective Order, and the Court having reviewed the Motion, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant BNSF's Motion to Vacate Protective Order is granted and that Judge Piester's Protective Order of February 11, 2004 which prevented any moving or altering of rail car 376786 is hereby vacated.

Dated this 10th of August, 2005.

                                BY THE COURT

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge