IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE DERAILMENT CASES              **Consolidated Case No. 4:03CV3195**

```
4:02CV3068
7:02CV3131
4:02CV3200
4:02CV3332
4:02CV3334
4:02CV3335
4:02CV3336
4:02CV3337
4:02CV3338
4:02CV3339
4:02CV3340
4:02CV3341
4:02CV3342
4:02CV3343
4:02CV3344
4:02CV3043
4:02CV3050
```

## ORDER

The order vacating protective order, filing 956, was entered in error, in that the court inferred that plaintiffs' counsel agreed to its entry. Plaintiffs have now filed a motion to reconsider and it must be granted.

IT THEREFORE HEREBY IS ORDERED,

1. The motion to reconsider, filing 957, is granted.

2. The order of August 10, filing 956, is vacated and withdrawn.

Dated this 12th of August, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge