IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **IN RE: DERAILMENT CASES** | ) **CONSOLIDATED CASE** <br> ) **NO. 4:03CV3195** <br> ) <br> ) <br> )    7:02CV3131 <br> )    4:02CV3200 <br> )    4:02CV3332 <br> )    4:02CV3334 <br> )    4:02CV3335 <br> )    4:02CV3336 <br> )    4:02CV3337 <br> )    4:02CV3338 <br> )    4:02CV3339 <br> )    4:02CV3340 <br> )    4:02CV3341 <br> )    4:02CV3342 <br> )    4:02CV3343 <br> )    4:02CV3344 <br> )    4:03CV3043 <br> )    4:03CV3050 <br> ) <br> ) **MEMORANDUM AND ORDER** |

THIS MATTER comes before the Court[1] upon the Stipulation Regarding Award of Costs and Sanctions (filing 975), and the Court having reviewed the Stipulation, and being otherwise fully advised in the premises,

---

[1] Because the parties in 4:02CV3068 have consented to Magistrate Judge Piester handling the merits of the so-called "Stachon" case, and that case is now assigned to Judge Piester for all purposes, I leave to Judge Piester whether further action on his part is required in that case.

IT IS HEREBY ORDERED the Stipulation Regarding Award of Costs and Sanctions is granted. The Orders awarding costs to defendants dated June 9, 2004 (filings 895 and 896) are hereby vacated. In addition, the Order awarding sanctions to plaintiffs dated December 24, 2003 (filing 772) is hereby vacated. Judgment shall be entered by separate order.

November 30, 2005.                    BY THE COURT:

*s/Richard G. Kopf*
United States District Judge